# United States District Court

for

## Middle District of Alabama

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Joseph Adam Sullivan                                   Case Number: 2:03cr172-02-MHT

Name of Sentencing Judicial Officer: The Honorable Myron H. Thompson, United States District Judge

Date of Original Sentence: March 23, 2004; September 14, 2005 (sentence reduced)

Original Offense: Conspiracy to Distribute Methamphetamine, 21 U.S.C. § 846

Original Sentence: 96 months custody, sentence reduced to 78 months custody; 10 years supervised release

Type of Supervision: Supervised Release                    Date Supervision Commenced: November 28, 2008

Assistant U.S. Attorney: Stephen Feaga                                                Defense Attorney: Aylia McKee

**PETITIONING THE COURT**

[X]   To issue a warrant
[ ]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| **#1 - Mandatory Condition:** "The defendant shall refrain from any unlawful use of a controlled substance." | On July 1, 2009, and July 7, 2009, Sullivan submitted urine samples which tested presumptive positive for methamphetamine. To date, this is Sullivan's fourth and fifth positive drug test since being placed on supervised release. |
| **#2 - Standard Condition 5:** "The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons." | Sullivan was terminated from his employment effective July 6, 2009, for poor performance. |

U.S. Probation Officer Recommendation:

[X]   The term of supervision should be
    [X]   revoked.
    [ ]   extended for _ years, for a total term of _ years.

[ ]   The conditions of supervision should be modified as follows:

                I declare under penalty of perjury that the foregoing is true and correct.

                Executed on July 10, 2009

                /s/ Alfred L. Lancaster
                Senior U.S. Probation Officer

APPROVED:

/s/ Sandra G. Wood
Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

                /s/ Myron H. Thompson
                United States District Judge

                July 10, 2009
                Date