IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
    v.                      )   CRIMINAL ACTION NO.
                            )      2:03cr172-MHT
JOSEPH ADAM SULLIVAN        )
```

### ORDER

Based upon the representations made in open court on September 23, 2009, it is ORDERED that defendant Joseph Adam Sullivan's motion for modification (Doc. No. 268) is denied with leave to renew after defendant Sullivan's probation officer has had an opportunity to investigate whether the circumstances presented in the motion are true and, if so, whether they warrant a modification.

DONE, this the 25th day of September, 2009.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE