IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:03cr172-MHT |
| **JOSEPH ADAM SULLIVAN** | ) | |

<u>ORDER</u>

It is ORDERED that the motion to modify (Doc. No. 273) is set for an evidentiary hearing on January 28, 2010, at 10:00 at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

The government is to arrange for the presence of defendant Joseph Sullivan.

DONE, this the 21st day of January, 2010.

      /s/ Myron H. Thompson
   **UNITED STATES DISTRICT JUDGE**