# United States District Court

for

## Middle District of Alabama

**RECEIVED**

2010 MAR 10 A 11: 48

### Petition for Warrant or Summons for Offender Under Supervision

DISTRICT COURT
DISTRICT ALA

Name of Offender: Joseph Adam Sullivan                Case Number: 2:03cr172-02-MHT

Name of Sentencing Judicial Officer: The Honorable Myron H. Thompson, United States District Judge

Date of Original Sentence: March 23, 2004; September 14, 2005 (sentence reduced)

Original Offense: Conspiracy to Distribute Methamphetamine, 21 U.S.C. § 846

Original Sentence: 96 months custody, sentence reduced to 78 months custody; 10 years supervised release

Type of Supervision: Supervised Release           Date Supervision Commenced: November 28, 2008

Assistant U.S. Attorney: Stephen Feaga                                Defense Attorney: Aylia McKee

---

### PETITIONING THE COURT

[X]   To issue a warrant
[ ]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| **#1 - Mandatory Condition:** "The defendant shall refrain from any unlawful use of a controlled substance." | On March 5, 2010, the probation officer received notification from Kroll Laboratories that the defendant, Joseph Adam Sullivan, tested positive for amphetamine and methamphetamine from a urine sample collected on March 1, 2010. To date, this is Sullivan's seventh positive drug test since being placed on supervised release. |

U.S. Probation Officer Recommendation:

[X]   The term of supervision should be
    [X]   revoked.
    [ ]   extended for _ years, for a total term of _ years.

[ ]   The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 10, 2010

/s/ Alfred L. Lancaster
Senior U.S. Probation Officer

APPROVED:

/s/ Sandra G. Wood
Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_____
United States District Judge

_____
Date