IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:03-CR-172-MHT |
| | ) | |
| JOSEPH ADAM SULLIVAN | ) | |

**ORDER**

For good cause, it is

**ORDERED** that a Fed.R.Crim. P. 32.1 preliminary hearing on the petition to revoke the defendant's supervised release be and is hereby set for **March 24, 2010, at 2:00 p.m.**, in **Courtroom 4-B**, at the Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, Montgomery, Alabama.

Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing. If the defendant seeks release pending a final revocation hearing, the parties are reminded that pursuant to Fed.R.Crim.P.32.1(a)(6), the burden is on the defendant to demonstrate by clear and convincing evidence, See 18 U.S.C. § 3143(a), that the defendant will not flee or is not a danger to any other person or to the community.

Done this 19th day of March, 2010.

/s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE