PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

Middle District of Alabama

UNITED STATES OF AMERICA

v.

JOSEPH ADAM SULLIVAN

Crim. No. 2:03cr172-002-MHT

On 04/22/2010 the above named was placed on probation/supervised release for a period of 4 years. The probationer/supervised releasee has complied with the rules and regulations of probation/supervised release and is no longer in need of supervision. It is accordingly recommended that the probationer/supervised releasee be discharged from supervision.

Respectfully submitted,

/s/ Alfred L. Lancaster

*U.S. Probation Officer*

### ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this _____ day of _____, _____.

_____
*United States District Judge*