PROB 35  
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release  
Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT

FOR THE

Middle District of Alabama

UNITED STATES OF AMERICA

v.  
JOSEPH ADAM SULLIVAN

Crim. No. 2:03cr172-002-MHT

On __04/22/2010__ the above named was placed on probation/supervised release for a period of __4__ years. The probationer/supervised releasee has complied with the rules and regulations of probation/supervised release and is no longer in need of supervision. It is accordingly recommended that the probationer/supervised releasee be discharged from supervision.

Respectfully submitted,

/s/ Alfred L. Lancaster  
*U.S. Probation Officer*

ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this __7th__ day of __February__, __2012__.

/s/   Myron H. Thompson  
*United States District Judge*